
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDES, et al.,<br><br>    Defendants. | No. 2:22-CV-2239-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

        The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

        IT IS SO ORDERED.

Dated: January 27, 2023

                                                      _____<br>
                                                      DENNIS M. COTA<br>
                                                      UNITED STATES MAGISTRATE JUDGE