IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN J. ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDES, et al.,<br><br>　　　　Defendants. | No.  2:22-CV-2239-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 12, for voluntary dismissal of his excessive force claims.

　　　　On April 10, 2023, the Court issued an order addressing the sufficiency of Plaintiff's original complaint.  See ECF No. 10.  In that order, the Court found that Plaintiff's Eighth Amendment medical care claims are cognizable as against all named defendants.  See id.  The Court, however, found that Plaintiff's excessive force claims were defective as plead.  See id.  The Court provided Plaintiff an opportunity to amend and informed Plaintiff that, if no amended complaint was filed within the time provided therefor, the Court would issue findings and recommendations for dismissal of Plaintiff's excessive force claims.  See id.  Plaintiff now moves for voluntary dismissal of the excessive force claims and requests that the case proceed on his original complaint on his medical care claims.  See ECF No. 12.

Because no answer or motion for summary judgment has been filed, leave of Court is not required and the excessive force claims are properly dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). By separate order, the Court will direct service of the original complaint on the remaining medical care claims.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's excessive force claims are dismissed on Plaintiff's notice.

2. The Clerk of the Court is directed to terminate ECF No. 12 as a pending motion.

Dated: April 28, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE