IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN J. ALEXANDER,**<br><br>                                     Plaintiff,<br><br>          v.<br><br>**ANDES, et al.,,**<br><br>                                     Defendants. | Case No. 2:22-cv-2239 KJM DMC (PC)<br><br>**ORDER** |

   Having read and considered Defendants' first request for extension of time to file a response to Plaintiff's Complaint, the declaration of Defendants' counsel supporting the request, and for good cause appearing, the application is **GRANTED** based on the need for additional time to review Plaintiff's central file, medical record, and administrative grievances.

   Defendant shall file and serve a response to Plaintiff's Complaint on or before October 18, 2023.

   **IT IS SO ORDERED**.

Dated:  August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE