IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN J. ALEXANDER,**<br><br>Plaintiff,<br><br>v.<br><br>**ANDES, et al.,,**<br><br>Defendants. | Case No. 2:22-cv-2239 KJM DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER RE: ADR REFERRAL** |

Having read and considered Defendants' request, ECF No. 27, for extension of time to file a response to the Court's Order Referring Case to Post-Screening ADR, the declaration of Defendants' counsel supporting the request, and good cause appearing, the request is **GRANTED**.

Defendants may file and serve a response to the Order on or before December 22, 2023.

**IT IS SO ORDERED**.

Dated: November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Grant'g Defs.' EOT Req. to Respond to ADR Referral (2:22-cv-2239 KJM DMC (PC))