IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JULIAN J. ALEXANDER, | No. 2:22-CV-2239-KJM-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ANDES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for voluntary dismissal of this entire action without prejudice.  See ECF No. 31.  Good cause appearing therefor, this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: February 7, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1